**160**

**P.F. LAZOR, Plaintiff—Appellant,**

v.

**Mike YARBOROUGH; Ernie Roe; Edward Alameda; Bagga, Mr., M.D.; Forteleza, Dr., Defendants—Appellees.**

**No. 03–55568.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Jan. 12, 2005.

P.F. Lazor #C–73842, MCSP–Mule Creek State Prison, Ione, CA, pro se.

Before: BEEZER, HALL and SILVERMAN, Circuit Judges.

MEMORANDUM **

P.F. Lazor, a California state prisoner, appeals pro se the district court's denial of his application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion, *O'Loughlin v. Doe,* 920 F.2d 614, 616 (9th Cir.1990), and we affirm.

The district court did not abuse its discretion in denying Lazor's application to proceed in forma pauperis because the record shows that Lazor has, on three or more prior occasions, brought an action

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

that was dismissed as frivolous, malicious, or for failure to state a claim. *See* 28 U.S.C. § 1915(g).

Lazor's contention that he faces "imminent danger of serious physical injury," and is therefore exempt from 28 U.S.C. 1915(g) is not persuasive.

AFFIRMED.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

